

FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MJ 15-1695 |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation/ |
| JORGE GUZMAN | ) Supervised Release Conditions) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)   (X)   the appearance of defendant as required; and/or

    (B)   (X)   the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply w/release._
_history of failures to appear._

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will ~~not~~ comply w/conditions._
_No bail resources_

IT IS ORDERED that defendant be detained.

DATED: 9/11/15

_[signature]_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE